**E-filed 4/22/08**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In Re APPLE COMPUTER INC., DERIVATIVE LITIGATION | Case Number C-06-4128-JF<br><br>ORDER ADMINISTRATIVELY CLOSING CONSOLIDATED ACTIONS |

On October 19, 2006 the above entitled matter was deemed the Master File in the Apple Computer Derivative Litigation. On December 18, 2006 Plaintiff filed a Consolidated Complaint including in the Complaint case numbers C-06-6502-JF, C-06-6505-JF and C-06-6209-JF. At that time, the Court consolidated those cases under lead case number C-06-4128-JF. In light of the consolidation, the clerk shall administratively close the following cases: C-06-6502-JF, C-06-6505 and C-06-6209-JF.

IT IS SO ORDERED.    _____4/22/08_____

_____
JEREMY FOGEL
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. C-05-2951-JF
ORDER REFERRING CASE TO JUDGE WARE FOR RELATED CASE DETERMINATION
(JFLC2)